UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYMEYON HILL,

    Plaintiff,

    v.

PSYCHIATRIC TECHNICIAN LEEANA, et al.,

    Defendants.

Case No. 24-cv-09099-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On December 4, 2024, plaintiff, a civil detainee, filed the present *pro se* action under 42 U.S.C. § 1983. On December 17, 2024, the Clerk of the Court sent a notice to plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed non-prisoner's *in forma pauperis* application. The Clerk sent plaintiff a blank non-prisoner *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed and plaintiff has not paid the filing fee, returned the non-prisoner *in forma pauperis* application, or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: April 17, 2025

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge